IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| HOMER AUTRY THOMPSON, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00080-MTT |
| | * |
| PHOENIX PROPERTY MANAGEMENT INC , | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 10, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 10th day of September, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk